## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MICHAEL A. FARIA, ET AL.,**

CASE NO: **2:23–CV–02023–DAD–CSK**

v.

**SN SERVICING CORPORATION, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 04/15/2024**

**Keith Holland**
Clerk of Court

ENTERED: **April 15, 2024**

by: /s/ J. Murphy
Deputy Clerk